UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| JAMES VOID, | : | |
| | : | Civil Action No. 08-1252 (RMB) |
| Petitioner, | : | |
| | : | |
| v. | : | **O R D E R** |
| | : | |
| WARDEN FORT DIX FCI, | : | |
| | : | |
| Respondent. | : | |

For the reasons set forth in this Court's Opinion filed herewith,

IT IS ON THIS **14th** day of **August** 2008;

**ORDERED** that Petitioner's "Notice of Appeal/Reconsideration," (docket entry 8), as identified by the Court of Appeals for the Third Circuit as a motion for reconsideration, is hereby **DENIED**; and it is further

**ORDERED** that the Clerk of the Court shall forward a copy of this Opinion and Order to Petitioner, and to the Court of Appeals for the Third Circuit, in accordance with the Third Circuit's Order dated August 4, 2008 (docket entry 10); and it is further

**ORDERED** that this case shall remain closed.

s/Renée Marie Bumb
RENÉE MARIE BUMB
United States District Judge